IN THE SUPREME COURT OF NORTH CAROLINA

No. 150A17

Filed 22 December 2017

STEPHEN VICTOR WHEELER

v.

CENTRAL CAROLINA SCHOLASTIC SPORTS, INC. d/b/a CENTRAL CAROLINA SCHOLASTIC BASEBALL SUMMER LEAGUE

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 798 S.E.2d 438 (2017), affirming an order granting summary judgment entered on 22 April 2016 by Judge Claire V. Hill in Superior Court, Cumberland County. Heard in the Supreme Court on 11 December 2017.

*Jerome P. Trehy, Jr. for plaintiff-appellant.*

*Cranfill Sumner & Hartzog LLP, by Melody J. Jolly, for defendant-appellee.*

PER CURIAM.

AFFIRMED.